# Exhibit 1

## Part 1 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re ex parte Application of RTI LIMITED to Take Discovery for Use in Actions Pending in the District Court of Nicosia, Cyprus, and Anticipated in the Court of Moscow, Russia | : : : : | Case No. 12-misc-1  APPLICATION FOR ORDER UNDER 28 U.S.C. § 1782  Return Date: May 1, 2012, 10:00a.m. |

Petitioner RTI Limited ("Petitioner" or "RTI") respectfully moves this Court for an order under 28 U.S.C. § 1782(a) allowing the Petitioner to issue subpoenas to The Bank of New York Mellon Corporation, Deutsche Bank Trust Company Americas, JPMorgan Chase N.A., and Citibank N.A. (collectively, the "Domestic Banks") under Federal Rules of Civil Procedure 30 and 45 directing the Domestic Banks to produce documents for use in foreign legal proceedings currently pending in the Republic of Cyprus and planned in the Russian Federation (as detailed below, the "Foreign Proceedings").

Petitioner makes this Application as part of an ongoing global effort by Petitioner and its fellow members of the United Company Rusal PLC group of companies ("Rusal Group") to root out a network of corruption, fraud, and kickbacks led by a former Rusal Group employee. The Application meets all of the statutory and discretionary requirements under 28 U.S.C. § 1782(a):

  i. the Domestic Banks are "found" in this district for the purposes of Section 1782. Petitioner seeks discovery for use in actions brought by the Rusal Group before a foreign tribunal, namely two pending proceedings against various defendants before the District Court for Nicosia, Cyprus, and a further fraud action reasonably contemplated before the Court of Moscow, Russia;

  ii. Petitioner and the entire Rusal Group have an interest in the outcome of each of the Foreign Proceedings;

  iii. the Domestic Banks are not, and are not likely to be, parties to any of the Foreign Proceedings;

1

iv. Petitioner is not attempting to circumvent any rules or requirements of the courts in Cyprus and Russia, and this form of discovery has been permitted for proceedings in these forums in the past; and

v. the discovery requested of the Domestic Banks is also not unduly burdensome or intrusive.

In further support of the Application, Petitioner submits the attached Memorandum of Law and Declaration of Timothy S. Pfeifer with accompanying materials attached hereto as Exhibit A; a proposed Order as Exhibit B; and proposed subpoenas under the Order as Exhibits C through F.

WHEREFORE, Petitioner respectfully prays that this Court enter an order:

1. Granting Petitioner's Application under 28 U.S.C. § 1782 for discovery from the Domestic Banks;

2. Authorizing Petitioner to take discovery relating to issues identified in this Application and its supporting Memorandum of Law in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, including by: (i) serving on the Domestic Banks the subpoenas for production of documents attached hereto as Exhibits C through F; and (ii) serving additional subpoenas on the Domestic Banks for the production of documents and/or depositions as Petitioner reasonably determines to be appropriate;

3. Directing the Domestic Banks to comply with any subpoenas authorized by this Court's order in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Appointing the Petitioner's undersigned attorneys, Baker & Hostetler LLP, to issue, sign, and serve any subpoenas authorized by this Court's order;

5. Ordering that testimony in this matter may be taken before any certified court reporter authorized to take testimony and administer oaths in the State of New

York, and that such court reporters are hereby authorized to take testimony in this matter; and

6. Providing that this Court shall retain such jurisdiction as is necessary to enforce the terms of any subpoenas authorized under this Court's order.

Dated: April 13, 2012

Respectfully submitted,

_____
Timothy S. Pfeifer (tpfeifer@bakerlaw.com)
M. Elizabeth Howe (bhowe@bakerlaw.com)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200 (tel.)
212-589-4201 (fax)

*Attorneys for RTI Limited*

3