# Exhibit 1

## Part 3 of 9



# Ελληνική Τράπεζα – Έντυπο Πληροφοριών Πελάτη
# Hellenic Bank Customer Information Form

| Ευρωπαϊκές Χώρες Εις/Εξ Εισερχομένων/ Εξερχόμενων Εμβασμάτων Counties Involved in In/Outgoing Transfers | | |
|---|---|---|

**ΧΡΗΣΗ ΠΛΗΡΟΦΟΡΙΩΝ/ ΔΕΔΟΜΕΝΩΝ ΑΠΟ ΤΗΝ ΕΛΛΗΝΙΚΗ ΤΡΑΠΕΖΑ/ USE OF INFORMATION/ DATA BY HELLENIC BANK**

| | |
|---|---|
| Οι πιο πάνω πληροφορίες/ δεδομένα μπορούν να χρησιμοποιηθούν για σκοπούς αξιολόγησης της πιστοληπτικής ικανότητας του Πελάτη, για το άνοιγμα λογαριασμού, για διαφήμιση στον πελάτη προϊόντων και υπηρεσιών που προσφέρει η Ελληνική Τράπεζα, για στατιστικούς σκοπούς, καθώς και για έρευνες αγοράς από την Ελληνική Τράπεζα. Ο Πελάτης επίσης εξουσιοδοτεί την Ελληνική Τράπεζα να προωθεί αυτές τις πληροφορίες/ δεδομένα στους ασφαλιστές/ ασφαλιστικούς συμβούλους της καθώς και άτομα που εμπλέκονται στη διόρθωση, αναβάθμιση ή αναπροσαρμογή των λογισμικών συστημάτων της Ελληνικής Τράπεζας. Νοείται ότι σε τέτοιες περιπτώσεις, δηλαδή αναφορικά με τους ασφαλιστές/ ασφαλιστικούς συμβούλους καθώς και τους ειδικούς των λογισμικών συστημάτων που αναφέρονται πιο πάνω, η Ελληνική Τράπεζα θα εξασφαλίζει γραπτή δέσμευση από αυτές τις οντότητες (νομικές ή φυσικές) ότι θα διαφυλάσσουν την εμπιστευτικότητα οποιωνδήποτε πληροφοριών/ δεδομένων τυχόν παραλάβουν από την Ελληνική Τράπεζα που αφορούν τον Πελάτη. | The above information/data may be used for purposes of evaluation of the creditworthiness of the customer, for the execution of account opening, for the advertising to the Customer(s) of goods and services offered by Hellenic Bank, for statistical purposes, as well as for market research by Hellenic Bank. The Customer also authorises Hellenic Bank to forward the said information/data to its insurers/insurance consultants as well as to persons involved in the correction, upgrading or amendment of Hellenic Bank's computer system. It is understood that in such cases, that is regarding the insurers/insurance consultants as well as the computer system experts mentioned hereinabove, Hellenic Bank shall obtain a written undertaking from such entities (legal or physical) that they will keep as confidential any such information/personal data they may possibly receive by Hellenic Bank regarding the Customer(s). |

**ΔΗΛΩΣΗ ΑΠΟΔΟΧΗΣ ΧΡΗΣΗΣ ΠΡΟΣΩΠΙΚΩΝ ΠΛΗΡΟΦΟΡΙΩΝ/ ΔΕΔΟΜΕΝΩΝ/ DECLARATION FOR USE OF PERSONAL INFORMATION/ DATA**

| | |
|---|---|
| Ενώ εμείς δια του παρόντος δηλώνω/ ουμε ότι όλες οι πιο πάνω πληροφορίες είναι αληθείς και ορθές και συμφωνώ/ ουμε και συγκατατίθεμαι/ μεθα στη διατήρηση σε αρχείο, ηλεκτρονικά ή άλλως πως και νόμιμη επεξεργασία όλων των πληροφοριών/ δεδομένων που με/ μας αφορούν (συμπεριλαμβανομένων ευαίσθητων δεδομένων) τα οποία η Ελληνική Τράπεζα αποκόμισε μέσω αυτού του εντύπου ή άλλως πως. Επιπρόσθετα συμφωνώ/ ουμε στην επεξεργασία από την Ελληνική Τράπεζα των πληροφοριών/ δεδομένων που με/ μας αφορούν, με τον τρόπο που προνοείται στον Νόμο περί Προστασίας Προσωπικών Δεδομένων (Προστασία του Ατόμου) 2001 όπως αυτός δύναται να τροποποιηθεί από καιρού εις καιρό. | I/we hereby declare that all the above information is true and correct and I/we agree and consent to the maintenance in archive, electronic and/or otherwise and lawful processing of all the information/data that concerns me/us (including sensitive personal data) which Hellenic Bank has received through this application or otherwise. In addition, I/we agree to the processing by Hellenic Bank of the information/ data that concerns me/us, in the manner provided in the Data Protection Law (Protection of the Individual) 2001 as same may be amended from time to time. |

**ΔΗΛΩΣΗ ΑΠΟΔΟΧΗΣ ΒΑΣΙΚΩΝ ΟΡΩΝ/ ACCEPTANCE DECLARATION OF BASIC TERMS**

| | |
|---|---|
| Με την παρούσα δηλώνω ότι, έχω λάβει από την Ελληνική Τράπεζα Δημόσια Εταιρεία Λτδ το έντυπο των Βασικών Όρων και Προϋποθέσεων Χρήσης Υπηρεσιών της Ελληνικής Τράπεζας με κωδικό HB1068 -12/2009, και έχω διαβάσει, ενημερωθεί, κατανοήσει και με ελεύθερη βούληση αποδέχομαι πλήρως και χωρίς οποιαδήποτε διαμαρτυρία τους εν λόγω Όρους. Αντιλαμβάνομαι ότι οι Όροι αυτοί ισχύουν για υπηρεσίες που θα κάνω χρήση είτε στο παρόν είτε στο μέλλον και ότι η Ελληνική Τράπεζα έχει δικαίωμα να διασφοροποιεί τους Όρους αυτούς οποτεδήποτε και κατά την κρίση της και ότι τέτοιες διαφοροποιήσεις θα μου κοινοποιούνται με οποιοδήποτε τρόπο κρίνει κατάλληλο. | By the present I declare that, I have received in printed form from Hellenic Bank Public Company Ltd the Basic Terms and Conditions of Use of Hellenic Bank Services with code HB1068 - 12/2009, and I have read, been informed, understood and freely accept without any protest the said Terms. I understand that the said Terms apply for services that I intend to use in the present or in the future and that the Bank can amend the said Terms anytime and at its discretion and such amendments will be communicated to me by any means the Bank deems appropriate. |

| | |
|---|---|
| Συγκατατίθεμαι στη λήψη από εμένα κατιστοτικού, ενημερωτικού ή διαφημιστικού υλικού από τις εταιρείες του Ομίλου της Ελληνικής Τράπεζας/ I consent in receiving informational or promotional or advertising material from all companies of the Hellenic Bank Group | NO. |

**Υπογραφή(ες) Πελάτη/ Κηδεμόνα/ Επαγγελματία/ Κοινού Κατόχου/ Customer's/ Guardian's/ Professional's/ Join Holders' Signature(s)**

Jovanna SIGN
BY

25/05/2010

Ημερομηνία/ Date

**ΓΙΑ ΧΡΗΣΗ ΑΠΟ ΤΗΝ ΤΡΑΠΕΖΑ/ FOR BANK USE ONLY**

| Employment institutional sector [EINS code] | | NACE code | 98.0 | Language | G |
|---|---|---|---|---|---|
| Tax ID No | Defense Tax | STD Country | BOP Resident | | BOP Country |
| CRO | AUTONIA | Customer code | Staff | ML risk | 07 | Client account |
| Industry Sector | P | Customer Status | | Introduced By | 420 . | |

| | | | |
|---|---|---|---|
| Opened By | J. Christou 4/06/10. Jovanna Ioannou MRS | Checked By | 4/6/10  3/6/10 |

RUS000040



РОССИЙСКАЯ ФЕДЕРАЦИЯ
RUSSIAN FEDERATION

РОССИЙСКАЯ ФЕДЕРАЦИЯ

ПАСПОРТ / PASSPORT

РАЙКОВ /
RAYKOV

АНДРЕЙ БОРИСОВИЧ /
ANDREY

РОССИЙСКАЯ / RUSSIAN
ФЕДЕРАЦИЯ / FEDERATION

21.05.1962        МОСКОВСКАЯ ОБЛ/
M/M                    USSR

27.04.2007        27.04.2012
МИД РОССИИ

P<RUSRAYKOV<<ANDREY<<<<<<<<<<<<<<<<<<<<<<<<
RUS6205210M1204274<<<<<<<<<<<<<<8

TRUE COPY
OF ORIGINAL

RUS000041

18

```
LISTINQ  CHOULDJA          GENERAL TRANSFER INQUIRY          27/05/2011  16:49

  Transaction:    TR 52224925  Date 20/01/2000   Orig Branch 121  Oper PAPADOPN
                                                                Standing Order
      Cheque Payment:  Bank                                     Cheque No
*     DR Account          98 - 02          BARCLAYS BANK PLC OBU
      CR Account          94 - 01          RAIKOV ANDREI
      DR Account Available Funds           245.084,62
  -----------------------------------------------------------------------------
#     DR Amount USD                47.543,45 Rate T    0,000000 Memo Ref
      CR Amount USD                47.543,45 DR Date  20/01/2000 CR Date 20/01/2000
      Orig Amt                          0,00
      Charge Code        USD                 0,00  P/R P  O/C/D O
      Charge Code        USD                 0,00  P/R P  O/C/D O
      Charge Code        USD                 0,00  P/R P  O/C/D O
      Total DR USD          47.543,45  Total CR USD            47.543,45
      Description: DR TRF 1238 00 NM      Your Ref
                   CR TRF TRANSFER        Bene Ref
      BOP Info: Trans.Type     Non-Res    Country    ISIN
                Res.Inst.Sector           Reference
      Authorized by ANTONIOG  ANTONIOU GEORGE
      SWIFT? N MT    :71A: Charges    Cty    Dest
```

RUS000042



# HELLENIC BANK

TO:   RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE         : 16/03/2000
OUR REF . NO  : TTI007/004326/00
REL. REF . NO  : S164399ICP031500
ACCOUNT      : ▮▮▮▮▮94-01
CY95 0050 0121 0001 2107 5095 9401

## CREDIT   NOTIFICATION

Dear Sirs,

By order of : GEOCONSULT LTD

dated 16/03/2000, under their above    S164399ICP031500    reference,
we will CREDIT your above  USD  ▮▮▮▮94-01  account with us
UNDER RECOURSE, value  16/03/2000  , with the amount of
USD 10,468.00  , as follows :

Details stated on    DEUTSCHE BANK TRUST COMPANY AMERICA    Instructions:

Details of Charges    :    BEN
Remittance Information 1 :  /RFB/SWF OF 00/03/15/OBI/TRANSFER O
Remittance Information 2 :  /ANDREI RAIKOV(7397478)

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/004326/00 | USD | 10,475,00 | 1.000000 | USD | 10,475,00 |
| Less Handling Charges .................................................................: | | | | USD | 7.00 |
| Less Exchange Commission ..........................................................: | | | | USD | 0.00 |
| TOTAL AMOUNT CREDITED....................................................: | | | | USD | 10,468.00 |

Instructed Currency/Amount.............................: USD    10,475.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:      If within five working days following the date of the
        present notification advice you do not object to the above credit, then
        it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000 9999,  International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

HB Emulation print screen                                                                    Page 1

Case 1:12-mc-00409-FP1   Document 19-3   Filed 04/13/12   Page 6 of 32

```
LISTINQ  CHOULDJA          GENERAL TRANSFER INQUIRY          27/05/2011  16:49

   Transaction:    TR 02471690  Date 07/04/2000   Orig Branch 121  Oper FOUSKOTI
                                                              Standing Order
      Cheque Payment:  Bank                                   Cheque No
 *    DR Account                    04 - 01        FASTACT DEVELOPMENTS LIMITED
      CR Account                    94 - 01        RAIKOV ANDREI
      DR Account Available Funds              4.720.532,28
      ---------------------------------------------------------------------
 #    DR Amount USD                 50.000,00 Rate T    0,000000 Memo Ref
      CR Amount USD                 50.000,00 DR Date  07/04/2000 CR Date 07/04/2000
      Orig Amt                          0,00
      Charge Code       USD                   0,00  P/R P  O/C/D O
      Charge Code       USD                   0,00  P/R P  O/C/D O
      Charge Code       USD                   0,00  P/R P  O/C/D O
      Total DR USD            50.000,00  Total CR USD              50.000,00
      Description: DR TRF TRANSFER         Your Ref TFN0003
                   CR TRF TRANSFER         Bene Ref
      BOP Info: Trans.Type     Non-Res     Country     ISIN
                Res.Inst.Sector            Reference
      Authorized by ANTONIOG  ANTONIOU GEORGE
      SWIFT? N MT    :71A: Charges     Cty    Dest
```

RUS000044

```
LISTINQ  CHOULDJA          GENERAL TRANSFER INQUIRY          27/05/2011  16:55

   Transaction:    TR 22515342  Date 21/04/2000   Orig Branch 140 :Oper PAPADOPN
                                                              Standing Order
      Cheque Payment:  Bank                                Cheque No
*     DR Account          [████████] 98 - 02        BARCLAYS BANK PLC OBU
      CR Account          [████████] 94 - 01  PC2D   RAIKOV ANDREI
      DR Account Available Funds              271.708,97
   --------------------------------------------------------------------
#     DR Amount USD                    5.165,36 Rate T    0,000000 Memo Ref
      CR Amount USD                    5.165,36 DR Date  20/04/2000 CR Date 20/04/2000
      Orig Amt                            0,00
      Charge Code     USD                     0,00  P/R P  O/C/D O
      Charge Code     USD                     0,00  P/R P  O/C/D O
      Charge Code     USD                     0,00  P/R P  O/C/D O
      Total DR USD                     5.165,36  Total CR USD                5.165,36
      Description: DR TRF 9007               Your Ref
                   CR TRF TRANSFER           Bene Ref
      BOP Info: Trans.Type     Non-Res      Country    ISIN
                Res.Inst.Sector             Reference
      Authorized by ANTONIOG  ANTONIOU GEORGE
      SWIFT? N MT    :71A: Charges    Cty    Dest
```

RUS000045

```
LISTINQ  CHOULDJA          GENERAL TRANSFER INQUIRY          27/05/2011  16:58

    Transaction:    TR 02825170  Date 24/07/2000   Orig Branch 140  Oper PAPADOPN
                                                                 Standing Order
       Cheque Payment:  Bank                                     Cheque No
*      DR Account            95 - 01        MOLDAZHANOVA GULZHAN
       CR Account            94 - 01  FC2D  RAIKOV ANDREI
       DR Account Available Funds           58.889,82
    -----------------------------------------------------------------
#   DR Amount USD               2.500,00 Rate T    0,000000 Memo Ref
    CR Amount USD               2.500,00 DR Date  14/07/2000 CR Date 14/07/2000
    Orig Amt                        0,00
    Charge Code      USD               0,00  P/R P  O/C/D O
    Charge Code      USD               0,00  P/R P  O/C/D O
    Charge Code      USD               0,00  P/R P  O/C/D O
    Total DR USD             2.500,00  Total CR USD              2.500,00
    Description: DR TRF TRANSFER        Your Ref
                 CR TRF TRANSFER        Bene Ref
    BOP Info: Trans.Type      Non-Res   Country    ISIN
              Res.Inst.Sector          Reference
    Authorized by ANTONIOG  ANTONIOU GEORGE
    SWIFT? N MT   :71A: Charges    Cty   Dest
```



## H E L L E N I C   B A N K

TO:   RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE           :   17/08/2000
OUR REF . NO   :   TTI007/019072/00
REL. REF .  NO  :   FTS0008168713700
ACCOUNT      :        94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of :  MIKHAYLIN GEORG

dated  17/08/2000, under their above    FTS0008168713700    reference,
we will CREDIT your above   USD         94-01   account with us
UNDER RECOURSE, value   17/08/2000  , with the amount of
USD 3,993.00  , as follows :

Details stated on   THE BANK OF NEW YORK MELLON       Instructions:

Details of Charges    :    BEN
Remittance Information 1 :   BNY CUST RRN - FUNDS RECEIVED

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/019072/00 | USD | 4.000,00 | 1.000000 | USD | 4.000,00 |

| | | Fcy | Amount |
|---|---|---|---|
| Less  Handling Charges ............................................................: | | USD | 7.00 |
| Less Exchange Commission ......................................................: | | USD | 0.00 |
| TOTAL AMOUNT CREDITED.......................................................: | | USD | 3,993.00 |

Instructed Currency/Amount...............................:  USD    4,000.00

E. & O.E.   THIS ADVICE REQUIRES NO SIGNATURE
NOTE:     If within five working days following the date of the
         present notification advice you do not object to the above credit, then
         it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000  9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

HB Emulation print screen

Page 1

```
LISTINQ  CHOULDJA          GENERAL TRANSFER INQUIRY           27/05/2011  16:58

  Transaction:    TR 22986432  Date 05/09/2000   Orig Branch 140  Oper PAPADOPN
                                                     Standing Order
    Cheque Payment:  Bank                                  Cheque No
*   DR Account [        ]        4 - 01  FCS1   FASTACT DEVELOPMENTS LIMITED
    CR Account [        ]        4 - 01  FC2D   RAIKOV ANDREI
    DR Account Available Funds              797.389,35
  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
#   DR Amount USD                  92.000,00 Rate T    0,000000 Memo Ref
    CR Amount USD                  92.000,00 DR Date  05/09/2000 CR Date 05/09/2000
    Orig Amt                          0,00
    Charge Code     USD                      0,00  P/R P  O/C/D O
    Charge Code     USD                      0,00  P/R P  O/C/D O
    Charge Code     USD                      0,00  P/R P  O/C/D O
    Total DR USD            92.000,00  Total CR USD                92.000,00
    Description: DR TRF TRANSFER         Your Ref
                 CR TRF TRANSFER         Bene Ref
    BOP Info: Trans.Type      Non-Res    Country   ISIN
              Res.Inst.Sector            Reference
    Authorized by ANTONIOG  ANTONIOU GEORGE
    SWIFT? N MT    :71A: Charges    Cty    Dest
```

RUS000048



## H E L L E N I C   B A N K

TO:  RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

| | |
|---|---|
| DATE | : 22/02/2001 |
| OUR REF . NO | : TTI007/039475/01 |
| REL. REF . NO | : 3669000052FC |
| ACCOUNT | : ▮▮▮▮▮94-01 |

CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of :  PRESTON PRODUCTIONS LTD

dated  22/02/2001, under their above     3669000052FC    reference,
we will CREDIT your above  USD   ▮▮▮94-01  account with us
UNDER RECOURSE, value  22/02/2001 , with the amount of
USD 4,993.00  , as follows :

Details stated on    JPMORGAN CHASE BANK, N.A.        Instructions:

Details of Charges    :      BEN
Remittance Information 1 :    /RFB/10521613292
Remittance Information 2 :    RFB NONE OBI IN ACCORDANCE WITH
Remittance Information 3 :    LETTERS DD 21.02. 01

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/039475/01 | USD | 5.000,00 | 1.000000 | USD | 5.000,00 |

| | | |
|---|---|---|
| Less Handling Charges .................................................................: | USD | 7.00 |
| Less Exchange Commission ..........................................................: | USD | 0.00 |

| | | |
|---|---|---|
| TOTAL AMOUNT CREDITED...................................................: | USD | 4,993.00 |

Instructed Currency/Amount..............................:  USD     5,000.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
        present notification advice you do not object to the above credit, then
        it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000  9999,  International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

RUS000049

Possible Duplicate Delivery
          Network         : APPLI
          Session Holder  : MPFRelations
          Session         : 0761
          Sequence        : 000073
          Delivery Status : Network Ack
--------------------------- Instance Type and Transmission ---------------
       Original Priority/Delivery        : Normal
---------------------------- Message Header -----------------------------
       Swift Input                       : FIN 103
       Sender   : HEBACY2NHBO
                  HELLENIC BANK PUBLIC COMPANY LTD.
                  (HEAD OFFICE)
                  NICOSIA (LEFKOSIA) CY
       Receiver : SOGEFRPPXXX
                  SOCIETE GENERALE
                  PARIS FR
---------------------------- Message Text -------------------------------
     20:
          TTO/140/03654470
     23B:
          CRED
     32A:
          010327USD200000,
     33B:
          USD200000,
     50K:
          RAIKOV ANDREI
          MAKARIOU III AVE.,7TH FLOOR
          1077 FLAT 73, NICOSIA
          CYPRUS
     53A:
          CHASUS33
     57A:
          SGBTMCMC
     59:
          /████████████████2309
          ANDREY RAYKOV
     70:
          /RFB/TRANSFER
     71A:
          SHA
*End of Message

22

RUS000050



# H E L L E N I C   B A N K

TO:   RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE          : 26/03/2001
OUR REF . NO   : TTI007/043387/01
REL. REF .  NO  : S212503ICP032301
ACCOUNT      :        94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of : SHELTER SERVICES LTD

dated  25/03/2001, under their above    S212503ICP032301    reference,
we will CREDIT your above   USD        94-01  account with us
UNDER RECOURSE, value  26/03/2001  , with the amount of
USD 112,828.00  , as follows :

Details stated on   DEUTSCHE BANK TRUST COMPANY AMERICA    Instructions:

Details of Charges    :     BEN
Remittance Information 1 :    /RFB/2252754/OBI/IN ACCORDANCE WITH
Remittance Information 2 :    LETTERS DD 23.03 .01

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/043387/01 | USD | 112.835,00 | 1.000000 | USD | 112.835,00 |

| | | Fcy | Amount |
|---|---|---|---|
| Less Handling Charges .........................................................................: | | USD | 7.00 |
| Less Exchange Commission ...................................................................: | | USD | 0.00 |

| | | | |
|---|---|---|---|
| TOTAL AMOUNT CREDITED.........................................................................: | | USD | 112,828.00 |

Instructed Currency/Amount...............................: USD    112,835.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
            present notification advice you do not object to the above credit, then
            it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000 9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com, http:// www.hellenicbank.com

# H E L L E N I C   B A N K

TO:  RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE          : 29/03/2001
OUR REF . NO   : TTI007/043791/01
REL. REF .  NO  : S218705ICP032701
ACCOUNT      :        94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of :  SHELTER SERVICES LTD

dated  28/03/2001,  under their above    S218705ICP032701    reference,
we will CREDIT your above  USD       94-01  account with us
UNDER RECOURSE,  value  29/03/2001  , with the amount of
USD 87,158.00  , as follows :

Details stated on   DEUTSCHE BANK TRUST COMPANY AMERICA   Instructions:

Details of Charges     :    BEN
Remittance Information  1 :    /RFB/2267698/OBI/IN ACCORDANCE WITH
Remittance Information  2 :    LETTERS DD 27.03 .01

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/043791/01 | USD | 87.165,00 | 1.000000 | USD | 87.165,00 |

| | | Fcy | Amount |
|---|---|---|---|
| Less  Handling Charges .....................................................................: | | USD | 7.00 |
| Less Exchange Commission ...............................................................: | | USD | 0.00 |

| | | Fcy | Amount |
|---|---|---|---|
| TOTAL AMOUNT CREDITED..................................................................: | | USD | 87,158.00 |

Instructed Currency/Amount...............................: USD    87,165.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:     If within five working days following the date of the
        present notification advice you do not object to the above credit, then
        it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000 9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com



# H E L L E N I C   B A N K

TO:   RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE              :   20/04/2001
OUR REF . NO     :   TTI007/046804/01
REL. REF .  NO    :   3932200109FC
ACCOUNT         :   ▮▮94-01
CY91 0050 0140 0001 4007 5095 9401

# C R E D I T     N O T I F I C A T I O N

Dear Sirs,

By order of :  PRESTON PRODUCTIONS LTD

dated  20/04/2001, under their above      3932200109FC      reference,
we will CREDIT your above    USD     ▮▮94-01   account with us
UNDER RECOURSE,   value    20/04/2001 , with the amount of
USD 4,993.00 , as follows :

Details stated on    JPMORGAN CHASE BANK, N.A.          Instructions:

Details of Charges        :     BEN
Remittance Information 1 :    /RFB/11091616733
Remittance Information 2 :    RFB NONE OBI IN ACCORDANCE WITH
Remittance Information 3 :    LETTERS DD 18.04.01

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/046804/01 | USD | 5.000,00 | 1.000000 | USD | 5.000,00 |

| | | |
|---|---|---|
| Less  Handling Charges ..........................................................................: | USD | 7.00 |
| Less Exchange Commission ...................................................................: | USD | 0.00 |

| | | |
|---|---|---|
| TOTAL AMOUNT CREDITED.................................................................: | USD | 4,993.00 |

Instructed Currency/Amount..............................: USD      5,000.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:      If within five working days following the date of the
          present notification advice you do not object to the above credit, then
          it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000 9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

RUS000053

# HELLENIC BANK

TO: RAIKOV ANDREI

C/O HELLENIC BANK LIMITED
1300 140 IBC BRANCH HOLD

DATE          : 25/04/2001
OUR REF. NO   : TTI007/047459/01
REL. REF. NO  : 3767900114FC
ACCOUNT       :        94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of : SHELTER SERVICES LIMITED

dated  25/04/2001, under their above      3767900114FC        reference,
we will CREDIT your above   USD        94-01  account with us
UNDER RECOURSE, value   25/04/2001  , with the amount of
USD 47,155.00  , as follows :

Details stated on   JPMORGAN CHASE BANK, N.A.                Instructions:

Details of Charges          :    BEN
Remittance Information 1 :    /RFB/11141613782
Remittance Information 2 :    RFB NONE OBI IN ACCORDANCE WITH
Remittance Information 3 :    LETTERS DD 23.04.01

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/047459/01 | USD | 47.162,00 | 1.000000 | USD | 47.162,00 |
| Less Handling Charges ...........................................................: | | | | USD | 7.00 |
| Less Exchange Commission ......................................................: | | | | USD | 0.00 |
| TOTAL AMOUNT CREDITED.....................................................: | | | | USD | 47,155.00 |

Instructed Currency/Amount.............................: USD        47,162.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
         present notification advice you do not object to the above credit, then
         it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000  9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com



# H E L L E N I C   B A N K

TO: RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

| | |
|---|---|
| DATE | : 25/04/2001 |
| OUR REF . NO | : TTI007/047463/01 |
| REL. REF . NO | : S226937ICP042401 |
| ACCOUNT | : ▉▉▉▉94-01 |
| CY91 0050 0140 0001 4007 5095 9401 | |

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of :  SHELTER SERVICES LTD

dated  25/04/2001, under their above     S226937ICP042401    reference,
we will CREDIT your above    USD    ▉▉▉94-01   account with us
UNDER RECOURSE, value    25/04/2001  , with the amount of
USD 52,831.00 , as follows :

Details stated on    DEUTSCHE BANK TRUST COMPANY AMERICA     Instructions:

Details of Charges       :     BEN
Remittance Information 1 :    /RFB/2418677/OBI/IN ACCORDANCE WITH
Remittance Information 2 :    LETTERS DD23.04. 2001

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/047463/01 | USD | 52.838,00 | 1.000000 | USD | 52.838,00 |

| | | |
|---|---|---|
| Less  Handling Charges ...........................................................................: | USD | 7.00 |
| Less Exchange Commission ....................................................................: | USD | 0.00 |

| | | |
|---|---|---|
| TOTAL AMOUNT CREDITED.....................................................................: | USD | 52,831.00 |

Instructed Currency/Amount...............................:   USD     52,838.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
          present notification advice you do not object to the above credit, then
          it will be deemed to have been accepted by you.

HELLENIC BANK 'PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000  9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

01/06/11-10:07:0          Reprint From MFA-0000-000000                    1

```
          Possible Duplicate Delivery
               Network        : APPLI
               Session Holder : MPFRelations
               Session        : 0787
               Sequence       : 000617
               Delivery Status : Network Ack
---------------------- Instance Type and Transmission --------------
          Original Priority/Delivery          : Normal
----------------------------- Message Header ------------------------
          Swift Input                         : FIN 103
          Sender    : HEBACY2NEDC
                      HELLENIC BANK PUBLIC COMPANY LTD.
                      (HEAD OFFICE)
                      NICOSIA (LEYKOSIA) CY
          Receiver :/CHASUS33XXX
                     |CPMORGAN CHASE BANK, N.A.
                     |NEW YORK,NY US
----------------------------- Message Text ---------------------------
     20:
          TTO/140/13747171
     23B:
          CRED
     32A:
          010427USD3000,
     33B:
          USD3000,
     50K:
          RAIKOV ANDREI
          MAKARIOU III AVE.,7TH FLOOR
          1077 FLAT 73, NICOSIA
          CYPRUS
     56A:
          ZIBACZPP
     57D:
          ZIVNOSTENSKA BANKA A.S.
          TRZISTE 9,36021 KARLOVY VARY
          CZECH REPUBLIC
          CODE BANQUE:0400
      59:
          /        ████0400
          MIKHAYLIN GEORG
      70:
          /RFB/TRANSFER
     71A:
          SHA
*End of Message
```

```
LISTINQ  CHOULDJA          GENERAL TRANSFER INQUIRY          27/05/2011  17:00

  Transaction:    TR 43778774  Date 07/05/2001   Orig Branch 140  Oper PAPADOPN
                                                     Standing Order
     Cheque Payment:  Bank                                Cheque No
*    DR Account  [redacted]        4 - 01  FC2D   RAIKOV ANDREI
     CR Account  [redacted]        5 - 01         MOLDAZHANOVA GULZHAN
     DR Account Available Funds                   114.226,26
     ---------------------------------------------------------------------
#    DR Amount USD              99.970,00 Rate T    0,000000 Memo Ref
     CR Amount USD              99.970,00 DR Date   05/05/2001 CR Date 05/05/2001
     Orig Amt                        0,00
     Charge Code      USD                   0,00  P/R P  O/C/D O
     Charge Code      USD                   0,00  P/R P  O/C/D O
     Charge Code      USD                   0,00  P/R P  O/C/D O
     Total DR USD              99.970,00  Total CR USD             99.970,00
     Description: DR TRF TRANSFER      Your Ref
                  CR TRF TRANSFER      Bene Ref
     BOP Info: Trans.Type      Non-Res    Country    ISIN
               Res.Inst.Sector            Reference
     Authorized by ANTONIOG  ANTONIOU GEORGE
     SWIFT? N MT   :71A: Charges   Cty   Dest
```

RUS000057



# H E L L E N I C   B A N K

TO:   RAIKOV ANDREI

      C/O HELLENIC BANK LIMITED
      1300 140 IBC BRANCH HOLD

DATE           : 26/07/2001
OUR REF . NO   : TTI007/060329/01
REL. REF .  NO  : FDC0107252161800
ACCOUNT      :      94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of : PRESTON PRODUCTIONS LTD

dated  26/07/2001, under their above    FDC0107252161800    reference,
we will CREDIT your above   USD       94-01  account with us
UNDER RECOURSE, value  26/07/2001  , with the amount of
USD 4,993.00  , as follows :

Details stated on   THE BANK OF NEW YORK MELLON        Instructions:

Details of Charges    :     BEN
Remittance Information  1 :   /RFB/NONE /OBI/IN ACCORDANCE WITH
Remittance Information  2 :   LETTERS DD 23.07.01
Remittance Information  3 :   BNY CUST RRN - 12061613250

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/060329/01 | USD | 5.000,00 | 1.000000 | USD | 5.000,00 |
| Less Handling Charges .............................................................; | | | | USD | 7.00 |
| Less Exchange Commission ......................................................; | | | | USD | 0.00 |
| TOTAL AMOUNT CREDITED....................................................; | | | | USD | 4,993.00 |

Instructed Currency/Amount..............................: USD     5,000.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:     If within five working days following the date of the
           present notification advice you do not object to the above credit, then
           it will be deemed to have been accepted by you.

HELLENIC  BANK   PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000  9999,  International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

RUS000058



# H E L L E N I C   B A N K

TO:   RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

| | |
|---|---|
| DATE | : 25/09/2001 |
| OUR REF . NO | : TTI007/068445/01 |
| REL. REF .  NO | : 4103000267FC |
| ACCOUNT | :         94-01 |

CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of :  PENCIL

dated  25/09/2001, under their above     4103000267FC     reference,
we will CREDIT your above   USD       94-01  account with us
UNDER RECOURSE,  value   25/09/2001  , with the amount of
USD 8,548.00  , as follows :

Details stated on   JPMORGAN CHASE BANK, N.A.         Instructions:

Details of Charges     :     BEN

| Reference  No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/068445/01 | USD | 8.555,00 | 1.000000 | USD | 8.555,00 |

| | | |
|---|---|---|
| Less  Handling Charges ...........................................................................: | USD | 7.00 |
| Less Exchange Commission ......................................................................: | USD | 0.00 |

| | | |
|---|---|---|
| TOTAL AMOUNT CREDITED...........................................................................: | USD | 8,548.00 |

Instructed Currency/Amount..............................:   USD     8,555.00

E. & O.E.   THIS ADVICE REQUIRES NO SIGNATURE
NOTE:     If within five working days following the date of the
             present notification advice you do not object to the above credit, then
             it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000  9999,  International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com



# H E L L E N I C   B A N K

TO:   RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE          : 15/10/2001
OUR REF . NO   : TTI007/071196/01
REL. REF .  NO  : FDC0110122121300
ACCOUNT      :       94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T    N O T I F I C A T I O N

Dear Sirs,

By order of :  ROYAL TRADE CORPORATION

dated  15/10/2001, under their above    FDC0110122121300    reference,
we will CREDIT your above   USD       94-01  account with us
UNDER RECOURSE, value   15/10/2001  , with the amount of
USD 9,993.00  , as follows :

Details stated on   THE BANK OF NEW YORK MELLON      Instructions:

Details of Charges      :     BEN
Remittance Information 1 :    /RFB/NONE /OBI/IN ACCORDANCE WITH
Remittance Information 2 :    LETTERS DD 10.10.01
Remittance Information 3 :    BNY CUST RRN -    1650

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/071196/01 | USD | 10.000,00 | 1.000000 | USD | 10.000,00 |

| | | Fcy | Amount |
|---|---|---|---|
| Less Handling Charges .........................................................: | | USD | 7.00 |
| Less Exchange Commission .................................................: | | USD | 0.00 |
| TOTAL AMOUNT CREDITED..................................................: | | USD | 9,993.00 |

Instructed Currency/Amount..............................: USD    10,000.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
        present notification advice you do not object to the above credit, then
        it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office ; Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000 9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com



# H E L L E N I C    B A N K

TO:  RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED

    1300 140 IBC BRANCH HOLD

DATE             :  24/10/2001
OUR REF . NO    :  TTI007/072621/01
REL. REF .  NO   :  C621975BBK102301
ACCOUNT        :               94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T    N O T I F I C A T I O N

Dear Sirs,

By order of :  ROYAL TRADE CORP

dated  24/10/2001, under their above     C621975BBK102301    reference,
we will CREDIT your above   USD          94-01  account with us
UNDER RECOURSE, value  24/10/2001  , with the amount of
USD 4,993.00  , as follows :

Details stated on   DEUTSCHE BANK TRUST COMPANY AMERICA     Instructions:

Details of Charges      :     BEN
Remittance Information 1 :    /RFB/NONE/OBI/ OBI/IN ACCORDANCE WI
Remittance Information 2 :    TH LETTERS

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/072621/01 | USD | 5.000,00 | 1.000000 | USD | 5.000,00 |

| | | Fcy | Amount |
|---|---|---|---|
| Less Handling Charges ...........................................................................: | | USD | 7.00 |
| Less Exchange Commission .......................................................................: | | USD | 0.00 |

| | | Fcy | Amount |
|---|---|---|---|
| TOTAL AMOUNT CREDITED.......................................................................: | | USD | 4,993.00 |

Instructed Currency/Amount...............................:  USD      5,000.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
          present notification advice you do not object to the above credit, then
          it will be deemed to have been accepted by you.

HELLENIC BANK PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000 9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com



# H E L L E N I C   B A N K

TO:   RAIKOV ANDREI

   C/O HELLENIC BANK LIMITED
   1300 140 IBC BRANCH HOLD

DATE          : 02/04/2002
OUR REF . NO   : TTI007/095256/02
REL. REF .  NO  : C0020911738501
ACCOUNT       :          94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T    N O T I F I C A T I O N

Dear Sirs,

By order of :  MAXUS

.

dated  02/04/2002, under their above       C0020911738501       reference,
we will CREDIT your above    USD          94-01  account with us
UNDER RECOURSE, value    02/04/2002  , with the amount of
USD 150,655.07  , as follows :

Details stated on    CITIBANK N.A.                          Instructions:

Details of Charges      :      BEN
Remittance Information 1 :      /RFB/CTR 2 02 02 BN
Remittance Information 2 :      ISN 002655 SSN 0115049 OSN 017385
Remittance Information 3 :      PMT UNDER THE CTR 2/02/02/BN DD 01
Remittance Information 4 :      02 02

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/095256/02 | USD | 150.662,07 | 1.000000 | USD | 150.662,07 |

| | | | | | |
|---|---|---|---|---|---|
| Less  Handling Charges .......................................................: | | | | USD | 7.00 |
| Less Exchange Commission ...............................................: | | | | USD | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL AMOUNT CREDITED.......................................................: | | | | USD | 150,655.07 |

Instructed Currency/Amount...............................:  USD       150,662.07

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:      If within five working days following the date of the
           present notification advice you do not object to the above credit, then
           it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000  9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

RUS000062



# H E L L E N I C   B A N K

TO:  RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE           : 03/04/2002
OUR REF . NO   : TTI007/095516/02
REL. REF .  NO  : S220049ICP040202
ACCOUNT      :      94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T     N O T I F I C A T I O N

Dear Sirs,

By order of :  PANAGOLD

dated  03/04/2002, under their above   S220049ICP040202   reference,
we will CREDIT your above   USD      94-01  account with us
UNDER RECOURSE, value   03/04/2002  , with the amount of
USD 26,877.00  , as follows :

Details stated on   DEUTSCHE BANK TRUST COMPANY AMERICA   Instructions:

Details of Charges    :    BEN
Remittance Information 1 :   /RFB/4384371/OBI/PMT UNDER THE CTR
Remittance Information 2 :   2/02/02/BN DD 01.02.02

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/095516/02 | USD | 26.884,00 | 1.000000 | USD | 26.884,00 |

| | Fcy | Amount |
|---|---|---|
| Less Handling Charges ......................... | USD | 7.00 |
| Less Exchange Commission ..................... | USD | 0.00 |
| TOTAL AMOUNT CREDITED......................... | USD | 26,877.00 |

Instructed Currency/Amount.............................: USD   26,884.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:   If within five working days following the date of the
       present notification advice you do not object to the above credit, then
       it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000 9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com



# H E L L E N I C    B A N K

TO:   RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

DATE           : 04/04/2002
OUR REF . NO   : TTI007/095721/02
REL. REF .  NO  : S177128ICP040302
ACCOUNT       :        94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T    N O T I F I C A T I O N

Dear Sirs,

By order of : PANAGOLD

dated  04/04/2002,  under their above    S177128ICP040302    reference,
we will CREDIT your above  USD       94-01  account with us
UNDER RECOURSE, value  04/04/2002  , with the amount of
USD 27,109.00  , as follows :

Details stated on    DEUTSCHE BANK TRUST COMPANY AMERICA     Instructions:

Details of Charges    :    BEN
Remittance Information 1 :   /RFB/4392217/OBI/PMT UNDER THE CTR
Remittance Information 2 :   2/02/02/BN DD 01.02.02

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/095721/02 | USD | 27.116,00 | 1.000000 | USD | 27.116,00 |

| | | Fcy | Amount |
|---|---|---|---|
| Less  Handling Charges ...........................................................................: | | USD | 7.00 |
| Less Exchange Commission ....................................................................: | | USD | 0.00 |

| | | | |
|---|---|---|---|
| TOTAL AMOUNT CREDITED...........................................................................: | | USD | 27,109.00 |

Instructed Currency/Amount...............................: USD    27,116.00

**E. & O.E.**  THIS ADVICE REQUIRES NO SIGNATURE
**NOTE:**    If within five working days following the date of the
        present notification advice you do not object to the above credit, then
        it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus. Swift : HEBACY2N
Service Line:  8000  9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

RUS000064

# H E L L E N I C   B A N K

TO:  RAIKOV ANDREI

   C/O HELLENIC BANK LIMITED
   1300 140 IBC BRANCH HOLD

DATE          : 05/04/2002
OUR REF . NO    : TTI007/095983/02
REL. REF .  NO   : S212539ICP040402
ACCOUNT       : ▮▮▮▮▮94-01
CY91 0050 0140 0001 4007 5095 9401

## C R E D I T   N O T I F I C A T I O N

Dear Sirs,

By order of :  PANAGOLD

dated  05/04/2002,  under their above     S212539ICP040402    reference,
we will CREDIT your above   USD   ▮▮▮▮94-01   account with us
UNDER RECOURSE,  value   05/04/2002 , with the amount of
USD 25,330.93  , as follows :

Details stated on   DEUTSCHE BANK TRUST COMPANY AMERICA    Instructions:

Details of Charges     :     BEN
Remittance Information  1 :    /RFB/4399594/OBI/PMT UNDER THE CTR
Remittance Information  2 :    2/02/02 /BN DD 01.02.02

| Reference  No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/095983/02 | USD | 25.337,93 | 1.000000 | USD | 25.337,93 |

| | | | Fcy | Amount |
|---|---|---|---|---|
| Less  Handling Charges .............................................................................: | | | USD | 7.00 |
| Less Exchange Commission .......................................................................: | | | USD | 0.00 |

| | | | | |
|---|---|---|---|---|
| TOTAL AMOUNT CREDITED.....................................................................: | | | USD | 25,330.93 |

Instructed Currency/Amount.............................: USD     25,337.93

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
          present notification advice you do not object to the above credit, then
          it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000  9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

RUS000065

```
Possible Duplicate Delivery
        Network        : APPL1
        Session Holder : MPPRelations
        Session        : 1084
        Sequence       : 000114
        Delivery Status : Network Ack
------------------------- Instance Type and Transmission ----------------
Original Priority/Delivery        : Normal
------------------------- Message Header ----------------------------------
Swift Input                       : FIN 103
Sender   : HEBACY2NRDC
             HELLENIC BANK PUBLIC COMPANY LTD.
             (HEAD OFFICE)
             NICOSIA (LEFKOSIA) CY
Receiver : SOGEFRPPXXX
             SOCIETE GENERALE
             PARIS FR
------------------------- Message Text ----------------------------------
  20:
       TTC/140/74929037
  23B:
       CRED
  32A:
       020423USD200000,
  33B:
       USD200000,
  50K:
       RAIKOV ANDREI
  53A:
       CHASUS33
  54A:
       SOGEUS33
  57A:
       SGBTHCMC
  59:
       /                        2308
       ANDREY RAYKOV
  71A:
       SHA
*End of Message
```

RUS000066

01/06/11-10:07:0          Reprint From MFA-0600 000000

Possible Duplicate Delivery
    Network        : APPLI
    Session Holder  : MPERelations
    Session       : 1104
    Sequence     : 001278
    Delivery Status : Network Ack
------------------- Instance Type and Transmission ---------------
Original Priority/Delivery       : Normal
------------------------- Message Header ------------------------
Swift Input             : FIN 103
Sender   : HEBACY2NHDO
         HELLENIC BANK PUBLIC COMPANY LTD.
         (HEAD OFFICE)
         NICOSIA (LEFKOSIA) CY
Receiver : PARXLVZ2XXX
         JSC CITADELE BANKA
         RIGA LV
------------------------- Message Text --------------------------
  20:
     TTO/140/94996659
  23B:
     CRED
  32A:
     020515USD200000,
  33B:
     USD200000,
  50K:
     RATKOV ANDREI
  53A:
     EKTRUS33
  59:
     /████████1113
     BRADFORD IMPORT AND EXPORTS LTD
  70:
     /RFB/TRANSFER
  71A:
     SHA
*End of Message

RUS000067



# H E L L E N I C   B A N K

TO:  RAIKOV ANDREI

    C/O HELLENIC BANK LIMITED
    1300 140 IBC BRANCH HOLD

| | |
|---|---|
| DATE | : 05/05/2003 |
| OUR REF . NO | : TTI007/162627/03 |
| REL. REF .  NO | : 0150412201760000 |
| ACCOUNT | :     94-01 |

CY91 0050 0140 0001 4007 5095 9401

## C R E D I T    N O T I F I C A T I O N

Dear Sirs,

By order of :  M ANDREY RAYKOV

dated  05/05/2003, under their above    0150412201760000    reference,
we will CREDIT your above  USD    94-01  account with us
UNDER RECOURSE, value  05/05/2003  , with the amount of
USD 199,993.00 , as follows :

Details stated on   SOCIETE GENERALE           Instructions:

Details of Charges     :    SHA
Remittance Information 1 :    TRANSFER

| Reference No. | Fcy | Trans. Amount | Exch. Rate | Fcy | Equiv. Amount |
|---|---|---|---|---|---|
| TTI007/162627/03 | USD | 200.000,00 | 1.000000 | USD | 200.000,00 |

| | | |
|---|---|---|
| Less Handling Charges ............................................................: | USD | 7.00 |
| Less Exchange Commission .....................................................: | USD | 0.00 |

| | | |
|---|---|---|
| TOTAL AMOUNT CREDITED..................................................: | USD | 199,993.00 |

Instructed Currency/Amount...............................: USD    200,000.00

E. & O.E.  THIS ADVICE REQUIRES NO SIGNATURE
NOTE:    If within five working days following the date of the
            present notification advice you do not object to the above credit, then
            it will be deemed to have been accepted by you.

HELLENIC BANK  PUBLIC COMPANY LIMITED
Public Company , Company Number: 6771
Registered Office : Corner Lemesos Ave & 200 Athalassas Ave,
2025 Strovolos , Nicosia, Cyprus.  Swift : HEBACY2N
Service Line:  8000  9999, International Calls: +357 22 743843
e-mail : Swift@hellenicbank.com,  http:// www.hellenicbank.com

```
        Possible Duplicate Delivery
            Network       : SWIFT
            Session Holder : HEBACY2NAXXXF
            Session       : 6027
            Sequence      : 472298
            Delivery Status : Network Ack
------------------------ Instance Type and Transmission ---------------
        Original Priority/Delivery          : Normal
------------------------ Message Header ------------------------
        Swift Input                         : FIN 103.STP Single Customer
        Credit Transfer
        Sender    : HEBACY2NHDO
                    HELLENIC BANK PUBLIC COMPANY LTD.
                    (HEAD OFFICE)
                    NICOSIA (LEFKOSIA) CY
        Receiver : CHASUS33XXX
                    JPMORGAN CHASE BANK, N.A.
                    NEW YORK,NY US
------------------------ Message Text ------------------------
        20: Sender's Reference
            TTO/140/01575450
        23B: Bank Operation Code
             CRED
        32A: Val Dte/Curr/Interbnk Settld Amt
             Date          : 22 March 2007
             Currency      : USD (US DOLLAR)
             Amount        :              #200000,#
        33B: Currency/Instructed Amount
             Currency      : USD (US DOLLAR)
             Amount        :              #200000,#
        50K: Ordering Customer-Name & Address
             /CY▓▓▓▓▓▓▓▓▓9401
             RAIKOV ANDREI

        57A: Account With Institution - BIC
             UKIOLT2X
             UKIO BANKAS
             KAUNAS  LT
        59: Beneficiary Customer-Name & Addr
            /LT▓▓▓▓▓▓5492
            DEANSTONE VENTURES CORP.
        70: Remittance Information
            /RFB/PMT BY CNTR NO.DON20/02,20.02.
            2007
        71A: Details of Charges
             SHA
*End of Message
```

RUS000069

```
LISTINQ  CHOULDJA          GENERAL TRANSFER INQUIRY              27/05/2011  17:01

  Transaction:    TR 01726210  Date 27/04/2007   Orig Branch 240  Oper PASCHAAN
                                                           Standing Order
     Cheque Payment:  Bank                                   Cheque No
*    DR Account                        88 - 01   CURF   ALDI MARINE LTD A/C B
     CR Account                        94 - 01   FC2D   RAIKOV ANDREI
     DR Account Available Funds                  2.250.325,92
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
#    DR Amount USD                 220.456,00 Rate T    0,000000 Memo Ref
     CR Amount USD                 220.456,00 DR Date  27/04/2007 CR Date 27/04/2007
     Orig Amt                           0,00
     Charge Code      USD                       0,00  P/R P  O/C/D D
     Charge Code      USD                       0,00  P/R P  O/C/D D
     Charge Code      USD                       0,00  P/R P  O/C/D D
     Total DR USD           220.456,00  Total CR USD                  220.456,00
     Description: DR TRF TRANSFER          Your Ref
                  CR TRF TRANSFER          Bene Ref
     BOP Info: Trans.Type ZP45 Non-Res  DR Country RU ISIN
               Res.Inst.Sector 14.2         Reference
     Authorized by MAVROMOK  MAVROMOUSTAKI KOULLA
     SWIFT? N MT    :71A: Charges    Cty    Dest
```

RUS000070